UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PETER J. THORESON,

       *Plaintiff,*

v.

INVESTIGATOR JAYMES POPLIN, et al.,

       *Defendants*.

Case No. 3:19-cv-998

---

NOTICE OF APPEAL OF JAYMES POPLIN, KEVIN GILLIS, & SAWYER COUNTY

---

Notice is hereby given that Defendants Jaymes Poplin, Kevin Gillis, and Sawyer County appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered by the District Court on March 5, 2021 (Dkt. #66) denying their motion for summary judgment.

Dated: March 8, 2021.

                                    STAFFORD ROSENBAUM LLP

                                    By <u>Electronically signed by Kurt M. Simatic</u>
                                    Jeffrey A. Mandell
                                    Kurt M. Simatic
                                    Attorney for Defendants Jaymes Poplin, Kevin Gillis, and Sawyer County

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
Email: jmandell@staffordlaw.com
       ksimatic@staffordlaw.com
608.256.0226